IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YURIY FAUSTOV, | : | |
| Plaintiff, | : | 1:13-cv-1133 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JENNIFER MROZ, | : | |
| Defendant. | : | |

## ORDER

May 22, 2015

**NOW, THEREFORE,** in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is deemed abandoned and is **DISMISSED** in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                    s/ John E. Jones III
                    John E. Jones III
                    United States District Judge